**<u>IN THE UNITED STATES BANKRUPTCY COURT</u>**
**<u>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u>**

**IN RE: Jennifer L. Gabel**
**Debtor(s)**

**BK NO. 26-02994 MJC**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Maggie Soboleski
Maggie Soboleski
21 Oct 2026, 09:23:47, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322


Document ID: d034caee476aa45b8b41012e53781c82220b54cdccf712965e309591e30cb74c